Gene J. Stonebarger, State Bar No. 209461
Richard D. Lambert, State Bar No. 251148
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone:  (916) 235-7140
Facsimile: (916) 235-7141

James R. Patterson, State Bar No. 211102
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone:  (619) 756-6990
Facsimile:  (619) 756-6991

Douglas A. Linde, State Bar No. 217584
Erica L. Allen, State Bar No. 234922
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
Telephone:  (310) 203-9333
Facsimile:  (310) 203-9233

Attorneys for Plaintiffs and the Class

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In Re: PAYLESS SHOESOURCE, INC. CALIFORNIA SONG-BEVERLY CREDIT CARD ACT LITIGATION<br><br>(This document relates to ALL ACTIONS) | <u>**CLASS ACTION**</u><br><br>Case No. 09-MD-02022 FCD (GGH)<br><br>**NOTICE OF SETTLEMENT** |
| MICHAEL SWANEY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br>PAYLESS SHOESOURCE, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 08-CV-02672 FCD (GGH) |

-1-
NOTICE OF SETTLEMENT

| | |
|---|---|
| JESSICA R. CLARK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC.; and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. 09-CV-01040 FCD (GGH) |

NOTICE IS HEREBY GIVEN pursuant to Local Rule 160(a) that the Parties have reached a settlement on a classwide basis in this action. The Parties are in the process of finalizing a formal Settlement Agreement and Release reflecting these terms, and anticipate filing a Motion for Preliminary Approval of the Class Action Settlement Agreement no later than April 2, 2010.

DATED: March 4, 2010

Respectfully submitted,

STONEBARGER LAW, APC

By: /s/ Gene J. Stonebarger
Gene J. Stonebarger
Attorneys for Plaintiffs and the Class

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, MDL NO. 2022
IN RE: PAYLESS SHOESOURCE, INC. CALIFORNIA SONG-BEVERLY CREDIT CARD ACT LITIGATION

## CERTIFICATE OF SERVICE

I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 75 Iron Point Circle, Suite 145, Folsom, California 95630.

On March 4, 2010, I caused to be served the following document(s):

**NOTICE OF SETTLEMENT**

to each of the parties herein as follows:

**Please see attached Panel Service List**

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California on March 4, 2010.

_____
Yvonne Sabolboro

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 2022 - IN RE: Payless ShoeSource, Inc., California Song-Beverly Credit Card Act Litigation
Status: Pending on  / /
Transferee District:     Judge:

Printed on 01/09/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Doolin, Michelle C.<br>COOLEY GODWARD KRONISH LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121 | => Phone: (858) 550-6000  Fax: (858) 550-6420  Email: mdoolin@cooley.com<br>Payless ShoeSource, Inc.* |
| Linde, Douglas A.<br>LINDE LAW FIRM<br>9000 Sunset Boulevard<br>Suite 1025<br>Los Angeles, CA 90069 | => Phone: (310) 203-9333  Fax: (310) 203-9233<br>Clark, Jessica R. |
| Stonebarger, Gene Joseph<br>LINDSAY & STONEBARGER<br>620 Coolidge Drive<br>Suite 225<br>Folsom, CA 95630 | => Phone: (916) 294-0002  Fax: (916) 294-0012  Email: gstonebarger@lindstonelaw.com<br>Swaney, Michael* |

Note: Please refer to the report title page for complete report scope and key.