COOLEY LLP
MICHELLE C. DOOLIN (179445)
(doolinmc@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
DARCIE A. TILLY (239715)
(dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant
PAYLESS SHOESOURCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| In Re: PAYLESS SHOESOURCE, INC., CALIFORNIA SONG-BEVERLY CREDIT CARD ACT LITIGATION<br><br>(This document relates to ALL ACTIONS) | Case No. 09-MD-02022 FCD (GGH)<br><br>**NOTICE OF SERVICE OF NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Judge:   Hon. Frank C. Damrell, Jr.<br>Location:   Courtroom 2 |
| MICHAEL SWANEY, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC., a Missouri corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 08-CV-02672 FCD (GGH) |
| JESSICA R. CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYLESS SHOESOURCE, INC.; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 09-CV-01040 FCD (GGH) |

1  TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on May 10, 2010, Defendant Payless ShoeSource, Inc.,

3  served notice pursuant to 28 U.S.C. § 1715 of the proposed settlement in this Action. Attached as

4  **Exhibit A** is a copy of the notice.

5  Dated: May 18, 2010                  COOLEY LLP

7                                               By:          /s/
                                                          Darcie A. Tilly

                                   Attorneys for Defendant
                                   PAYLESS SHOESOURCE, INC.

673026 v1/SD

# EXHIBIT A



Leo P. Norton
(858) 550-6083
lnorton@cooley.com

BY HAND DELIVERY

May 10, 2010

United States Attorney General &
Appropriate State Official
(Please see attached list for complete list of those served)

**RE: Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
   *In Re Payless ShoeSource, Inc. California Song-Beverly Credit Card Act Litig.*
   **E.D. Cal. Case No. 09-MD-02022 FCD (GGH)**

Dear Counsel or Official:

Defendant Payless ShoeSource, Inc. ("Payless") provides this notice pursuant to 28 U.S.C. § 1715 (codified by the Class Action Fairness Act of 2005 ("CAFA")). On April 30, 2010, the plaintiffs filed a proposed class settlement agreement and release and motion for preliminary approval of class action settlement in the above-referenced action. In accordance with 28 U.S.C. § 1715(b), Payless hereby provides notices of the proposed settlement and states as follows:

   a.   I am enclosing a copy of the original, amended, and consolidated complaints and any materials filed with the complaints. 28 U.S.C. § 1715(b)(1). Note that there are two cases that have been consolidated. The original cases were filed in state court, removed to federal court, and then transferred and consolidated.

   b.   Plaintiffs have filed a motion for preliminary approval of the proposed settlement. I am enclosing a copy of plaintiff's motion and supporting documents. The motion is currently set for hearing on June 18, 2010, at 10:00 a.m., in Courtroom 2 of the above-referenced court. The hearing date is subject to change without further notice, and the court may rule on the motion without a hearing. 28 U.S.C. § 1715(b)(2).

   c.   I am enclosing a copy of the Settlement Agreement and Release, which was filed with the court as Exhibit 1 to the Declaration of Gene J. Stonebarger in support of plaintiffs' motion for preliminary approval on April 30, 2010. Please note that the Exhibits attached to the Settlement Agreement and Release are offered to the court for its approval, and are subject to further changes. 28 U.S.C. § 1715(b)(4).

   d.   The proposed notification to class members of the proposed settlement and their right to request exclusion from the proposed settlement, which is subject to court approval, are attached as Exhibits B, C, D, and E to the Settlement Agreement and Release. 28 U.S.C. § 1715(b)(3).


## Cooley
### GODWARD KRONISH LLP

United States Attorney General &
Appropriate State Official
(Please see attached list for complete list of
those served)
May 10, 2010
Page Two

e. There are no other settlements or agreements made between class counsel and counsel for the defendants. 28 U.S.C. § 1715(b)(5).

f. There is no final judgment yet. The proposed Final Order Approving Class Action Settlement and Judgment, which is subject to court approval, is attached as Exhibit G to the Settlement Agreement and Release. 28 U.S.C. § 1715(b)(6).

g. It is not possible to provide the names of class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement. Payless estimates that all class members reside in California. Accordingly, Payless estimates that California residents will receive 100% of the class relief provided under the Settlement Agreement and Release. 28 U.S.C. § 1715(b)(7).

h. There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. 28 U.S.C. § 1715(b)(8).

i. The persons served with this notice are identified in Attachment A.

The copies enclosed are provided in PDF format on the enclosed CD. If you have any questions about this notice, the above-referenced action, or the enclosures, please contact me.

Sincerely,

Cooley LLP

Leo P. Norton

Enclosures - as stated

cc: The Honorable Frank C. Damrell, Jr. (via mail; without enclosures)
Gene J. Stonebarger (co-counsel for plaintiffs) (via mail; without enclosures)
James R. Patterson (co-counsel for plaintiffs) (via mail; without enclosures)
Douglas A. Linde (co-counsel for plaintiffs) (via mail; without enclosures)

671302 /SD



United States Attorney General &
Appropriate State Official
(Please see attached list for complete list of
those served)
May 10, 2010
Page Three

## ATTACHMENT A

| Attorney General-California | CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>110 West "A" Street, Suite 1100<br>San Diego, CA 92186-5266 |
|---|---|
| U. S. Attorney General | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |